UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

APPALACHIAN VOICES,
CENTER FOR BIOLOGICAL DIVERSITY,
and SIERRA CLUB,
Plaintiffs,

v. No. 3:24-cv-00411-CLC-DCP

TENNESSEE VALLEY AUTHORITY,
Defendant.

**TVA'S MOTION TO STAY THE COURT'S JUDGMENT PENDING APPEAL**

Pursuant to Federal Rule of Civil Procedure 62 and Federal Rule of Appellate Procedure 8(a), Defendant Tennessee Valley Authority ("TVA") moves for a stay of the Court's Judgment Order entered on August 31, 2026, vacating TVA's Environmental Impact Statement and Record of Decision studying the environmental impacts of replacing coal-fired units at the Kingston Fossil Plant with gas-fired generation. (Docs. 67 & 68 *SEALED*.) Having a firm belief that the Court committed legal error in its decision, which will have impacts on the project at issue here and other complex infrastructure projects where NEPA reviews are involved, TVA intends to file an expedited appeal of the decision with the United States Court of Appeals for the Sixth Circuit. Due to the harm that will result from any further delay in the Kingston gas plant's construction, and out of an abundance of caution to ensure TVA's full compliance with the Court's order, TVA respectfully moves for a stay of the Court's judgment pending appeal.

Respectfully submitted,


*s/Maria V. Gillen*
Maria V. Gillen (TN BPR 030655)
Associate General Counsel
F. Regina Koho (TN BPR 029261)
Lane E. McCarty (TN BPR 028340)
Steven C. Chin (TN BPR 030011)
OFFICE OF THE GENERAL COUNSEL
Tennessee Valley Authority
400 West Summit Hill Drive
Knoxville, Tennessee 37902-1401
Telephone 865.632.7741
mvgillen@tva.gov

Attorneys for Tennessee Valley Authority

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed electronically through the Court's ECF system on the date shown in the document's ECF footer. Notice of this filing will be sent by operation of the Court's ECF system to all parties as indicated on the electronic filing receipt. Parties may access this filing through the Court's ECF system.

Amanda Rosemary Garcia, Esq.
O.W. Bussey, III, Esq.
Delaney King, Esq.
Jacqueline Hughwood, Esq.
1033 Demonbreun St., Suite 205
Nashville, Tennessee 37203
615.921.9470
agarcia@selc.org
tbussey@selc.org
dking@selc.org

Gregory D. Buppert, Esq.
Elizabeth M. Putfark, Esq.
201 West Main Street, Suite 14
Charlottesville, Virginia 22902
434.977.4090
gbuppert@selc.org
eputfark@selc.org

*Attorneys for Plaintiffs*

*s/Maria V. Gillen*
Attorney for Tennessee Valley Authority