UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

APPALACHIAN VOICES,
CENTER FOR BIOLOGICAL DIVERSITY,
and SIERRA CLUB,
Plaintiffs,

v. No. 3:24-cv-00411-CLC-DCP

TENNESSEE VALLEY AUTHORITY,
Defendant.

**MOTION FOR AN EXPEDITED BRIEFING SCHEDULE ON TVA'S MOTION TO STAY THE COURT'S JUDGMENT PENDING APPEAL**

On August 31, 2026, the Court rendered a judgment in this case (Doc. 68 *SEALED*), which vacated TVA's Environmental Impact Statement and Record of Decision studying the potential environmental impacts of retiring coal-fired units at the Kingston Fossil Plant and replacing them with gas-fired generation under the National Environmental Policy Act of 1969, 42 U.S.C. § 4321 et seq. (Mem., Doc. 67 *SEALED* at PageID# 1248.) As noted in the contemporaneously filed Memorandum in Support of its Motion to Stay the Court's Judgment Pending Appeal (Doc. 71), to the extent the Court's judgment precludes TVA from continuing construction of the gas plant, TVA will be irreparably harmed by this outcome.

Specifically, TVA will be unable to reliably meet load demand within the TVA territory, which will place it at a high risk of power outages and rolling blackouts, particularly during periods of peak load demand. (Doc. 71 at PageID# 1270, 1272–73.) In addition, the gas plant construction project at Kingston currently employs between 2,000 and 2,100 skilled craft laborers. If TVA must stop construction, hiring back these workers will come at a significant cost and will impact TVA's ability to complete the project on schedule *even if* remobilization of the workforce occurs. (*Id.* at PageID## 1270–72.) Rehiring this workforce will require TVA to rehire and retrain qualified craft

laborers, which will cause TVA to incur unrecoverable costs that could amount to half the costs of the project itself. (*Id.* at PageID## 1271–72.)

For these reasons and others outlined in TVA's contemporaneous filings, it is important for the appeal in this matter to proceed expeditiously, and TVA therefore requests that the Court set an expedited briefing schedule on its Motion to Stay the Judgment Pending Appeal (Doc. 70) as outlined below:

- Plaintiffs' Response to TVA's Motion to Stay: September 11, 2026;
- TVA's Reply in Further Support of the Motion to Stay: No later than 9:00 a.m. September 14, 2026.

TVA also respectfully requests that the Court issue a ruling on this matter by September 15, 2026, so that TVA may expeditiously pursue an appeal and, if needed, a motion to stay this Court's judgment pending appeal with the U.S. Court of Appeals for the Sixth Circuit.

Respectfully submitted,

*s/Maria V. Gillen*

Maria V. Gillen (TN BPR 030655)
Associate General Counsel
F. Regina Koho (TN BPR 029261)
Lane E. McCarty (TN BPR 028340)
Steven C. Chin (TN BPR 030011)
OFFICE OF THE GENERAL COUNSEL
Tennessee Valley Authority
400 West Summit Hill Drive
Knoxville, Tennessee 37902-1401
Telephone 865.632.7741
mvgillen@tva.gov

Attorneys for Tennessee Valley Authority

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed electronically through the Court's ECF system on the date shown in the document's ECF footer. Notice of this filing will be sent by operation of the Court's ECF system to all parties as indicated on the electronic filing receipt. Parties may access this filing through the Court's ECF system.

Amanda Rosemary Garcia, Esq.
O.W. Bussey, III, Esq.
Delaney King, Esq.
Jacqueline Hughwood, Esq.
1033 Demonbreun St., Suite 205
Nashville, Tennessee 37203
615.921.9470
agarcia@selc.org
tbussey@selc.org
dking@selc.org

Gregory D. Buppert, Esq.
Elizabeth M. Putfark, Esq.
201 West Main Street, Suite 14
Charlottesville, Virginia 22902
434.977.4090
gbuppert@selc.org
eputfark@selc.org

*Attorneys for Plaintiffs*

*s/Maria V. Gillen*
Attorney for Tennessee Valley Authority