UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

APPALACHIAN VOICES,
CENTER FOR BIOLOGICAL DIVERSITY,
and SIERRA CLUB,
Plaintiffs,

v. No. 3:24-cv-00411-CLC-DCP

TENNESSEE VALLEY AUTHORITY,
Defendant.

**TENNESSEE VALLEY AUTHORITY'S NOTICE OF APPEAL**

Pursuant to Federal Rule of Appellate Procedure 4(a)(1)(B)(ii), notice is hereby given that Defendant Tennessee Valley Authority, an executive branch corporate agency and instrumentality of the United States, appeals to the United States Court of Appeals for the Sixth Circuit from the Judgment Order (Doc. 68) and the Memorandum (Doc. 67) entered on August 31, 2026, together with all findings and determinations embodied in the order, and all other orders and rulings adverse to Tennessee Valley Authority in this case.

Respectfully submitted,

*s/Maria V. Gillen*

Maria V. Gillen (TN BPR 030655)
Associate General Counsel
F. Regina Koho (TN BPR 029261)
Lane E. McCarty (TN BPR 028340)
Steven C. Chin (TN BPR 030011)
OFFICE OF THE GENERAL COUNSEL
Tennessee Valley Authority
400 West Summit Hill Drive
Knoxville, Tennessee 37902-1401
Telephone 865.632.7741
mvgillen@tva.gov

Attorneys for Tennessee Valley Authority

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was filed electronically through the Court's ECF system on the date shown in the document's ECF footer. Notice of this filing will be sent by operation of the Court's ECF system to all parties as indicated on the electronic filing receipt. Parties may access this filing through the Court's ECF system.

Amanda Rosemary Garcia, Esq.
O.W. Bussey, III, Esq.
Delaney King, Esq.
Jacqueline Hughwood, Esq.
1033 Demonbreun St., Suite 205
Nashville, Tennessee 37203
615.921.9470
agarcia@selc.org
tbussey@selc.org
dking@selc.org

Gregory D. Buppert, Esq.
Elizabeth M. Putfark, Esq.
201 West Main Street, Suite 14
Charlottesville, Virginia 22902
434.977.4090
gbuppert@selc.org
eputfark@selc.org

*Attorneys for Plaintiffs*

*s/Maria V. Gillen*
Attorney for Tennessee Valley Authority